James T. Reed, Jr.
Hood & Reed
18141 Beach Boulevard, Suite 390
Huntington Beach, California 92648

(714) 842-6837

Attorneys for Plaintiff
BANK OF THE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>M/V PERFECT GAME Official Number 1116851 and Her Engines, Tackle, Furniture and Apparel, in rem, and PETER W. RICE,<br><br>    Defendants. | Case No.: 07-CV-2687 MCE DAD<br>Assigned to United States Magistrate Judge Dale A. Drozd<br>Courtroom No. 27<br><br>ORDER AUTHORIZING ARREST OF VESSEL PURSUANT TO ADMIRALTY RULE C AND AUTHORIZING PROMPT POST SEIZURE HEARING ON REQUEST OF PARTY IN INTEREST<br><br>L.R. A-512 |

  The Court having reviewed the verified Complaint by Bank of the West herein, as well as the sworn statement of April Curtis, an officer of Plaintiff, and Plaintiff's application finds that the conditions for an action in rem appear to exist.  Accordingly,

  IT IS ORDERED that a warrant for the arrest of the M/V Perfect Game, Official Number 1116851 is hereby authorized; and

  IT IS FURTHER ORDERED that the Clerk of the United States District Court shall prepare a warrant for the arrest of the vessel, and shall deliver it with a copy of this order to the United States Marshal for the Eastern District of California for service; and that upon arrest of the vessel, notice of arrest be given and published in the Sacramento Bee, a newspaper of general circulation in this District, by plaintiff.

IT IS FURTHER ORDERED that any person claiming an interest in the vessel M/V <u>Perfect Game</u> shall be entitled to a prompt hearing on request, at which hearing the Plaintiff shall be required to show why the arrest should not be vacated or other relief granted consistent with the Supplemental Rules for Certain Admiralty and Maritime Claims.

Dated:  March 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/PerfectGame2687.arrestord