James T. Reed, Jr.
Hood & Reed        Bar No. 116933
18141 Beach Boulevard, Suite 390
Huntington Beach, California 92648

(714) 842-6837

Attorneys for Plaintiff
BANK OF THE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> M/V PERFECT GAME Official Number 1116851 and Her Engines, Tackle, Furniture and Apparel, in rem, and PETER W. RICE, <br><br> Defendants. | Case No.: 07-CV-2687 MCE DAD <br> Assigned to United States Magistrate Judge Dale A. Drozd <br> Courtroom No. 27 <br><br> ORDER APPOINTING SUBSTITUTE CUSTODIAN AND AUTHORIZING MOVEMENT OF VESSEL <br><br> L.R. A-550 |

Plaintiff Bank of the West having appeared through its attorneys of record Hood & Reed, and the Court having reviewed the application and order for appointing substitute custodian, the supporting papers and the verified complaint filed herein,

IT IS HEREBY ORDERED AND ADJUDGED that the United States Marshal for the Eastern District of California is authorized and directed to transfer possession of the M/V Perfect Game to National Liquidators, Inc. immediately after arresting the vessel and, upon surrender, the United States Marshal shall be discharged from his duties and responsibilities for safekeeping

of the vessel and shall be held harmless from any and all claims arising out of the vessel and shall be held harmless from any and all claims arising out of the substitute custodian's possession and safekeeping.

IT IS FURTHER ORDERED AND ADJUDGED that National Liquidators, Inc. is appointed substitute custodian of the M/V Perfect Game to take possession of the M/V Perfect Game after the arrest by the United States Marshal and to retain her in its custody for possession and safekeeping until further order of this Court.

IT IS FURTHER ORDERED AND ADJUDGED that the substitute custodian, National Liquidators, is authorized to move the vessel to its facility at 1851 Clement Avenue, Alameda, California 94501.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff's attorney will serve a copy of this order on the owner of the M/V Perfect Game at such time as the owner appears in this action.

IT IS FURTHER ORDERED that the Clerk of the Court shall deliver a copy of this order to the United States Marshal for the Eastern District of California concurrently with the Order Authorizing Arrest of Vessel.

Dated:  March 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/PerfectGame2687.subcustodianord

Order for appointing substitute custodian and authorizing movement - 2