HOOD & REED
18141 Beach Boulevard, Suite 390
Huntington Beach, California 92648
Attn: James T. Reed, Jr. , Bar No. 116933

(714) 842-6837
Attorneys for Plaintiff
BANK OF THE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, a California Corporation<br><br>          Plaintiff,<br><br>     v.<br><br>M/V <u>PERFECT GAME</u> Official Number 1116851 and Her Engines, Tackle, Furniture and Apparel, <u>in</u> <u>rem</u>, and PETER W. RICE<br><br>          Defendant | Case No.: 07-CV-2687 MCE<br>Assigned to<br>United States Magistrate<br>Judge Dale A. Drozd<br>Courtroom No. 27<br><br>ORDER FOR INTERLOCUTORY SALE OF VESSEL AND AUTHORIZING CREDIT BID<br><br>Hon. Dale A. Drozd<br>United States Magistrate Judge<br>Courtroom No. 27<br><br>Date:  February 20, 2009<br>Time:  10:00 a.m.<br>Ctrm:  27<br>By Telephonic Appearance |

**ORDER FOR INTERLOCUTORY SALE**

The matter of setting a date for interlocutory sale of defendant M/V <u>Perfect Game</u>, Official Number 1116851, came before the Court.  The Court, having read and considered Bank of the West's motion for an Order for Interlocutory Vessel Sale, the pleadings on file, and such arguments as were presented by the parties, and the Court being fully apprised with respect to the matter submitted, finds as follows:

/////

/////

ORDER FOR INTERLOCUTORY SALE OF VESSEL AND AUTHORIZING CREDIT BID - 1

WHEREAS, it appears to the Court that the expenses of the substitute custodian in keeping the property are "excessive", and that there has been an unreasonable delay in securing the release of the defendant vessel, and that she continues to deteriorate in condition and value while arrested; and

WHEREAS, the Court on February 20, 2009, considered written arguments concerning the proposed interlocutory sale of the defendant vessel, and at that time determined the defendant vessel is appropriately sold at a United States Marshal's auction; now therefore

IT IS ORDERED:

1. That defendant M/V <u>Perfect Game</u>, Official Number 1116851, came before the Court. That defendant M/V <u>Perfect Game</u>, Official Number 1116851, her engines, tackle, furniture, apparel and appurtenances be sold by the United States Marshal or his deputy at public auction on March 16, 2009, at 1:00 o'clock p.m., or as soon thereafter as is practical at its current location at 1851 Clement Avenue, Alameda, California 94507, the plaintiff to publish notice of such sale daily for four days before the date of sale in the form and manner provided in the Notice of Sale attached as Exhibit1 hereto in the <u>Sacramento Bee</u>;

2. That the Plaintiff is authorized to bid at the sale up to the amount of its debt in an amount of $175,991.53 without having to make any deposit therefor.

3. That no minimum bid be set for the auction sale and that bidding be made in increments of at least $100.00 each.

4. That the successful cash bidder shall pay to the United States Marshal a deposit of either $1,000.00 or 10% of the amount of the successful bid, whichever is greater, immediately at the time of completion of the auction sale and the balance of the purchase price shall be paid to the United States Marshal within (3) court days.  All such payments are to be made in cash or certified or cashier's check.

5. Unless a written objection to the sale is made and filed with the Court within three court days following the sale, the sale shall be confirmed without motion and the United States

/////

Marshal shall transfer title to the M/V <u>Perfect Game</u>, Official Number 1116851 upon presentation of the Court's order confirming such sale.

      6. That the proceeds of the sale be paid forthwith into the registry of this Court to abide the determination of the action herein.

Dated: February 20, 2009.

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/PerfectGame2687.ord

Prepared and Submitted by:

Hood & Reed

By: /s/_____
    James T. Reed, Jr.
    Attorneys for Plaintiff
    Bank of the West

**EXHIBIT 1**

HOOD & REED
18141 Beach Boulevard, Suite 390
Huntington Beach, California 92648
Attn: James T. Reed, Jr., Bar No. 116933

(714) 842-6837
Attorneys for Plaintiff
BANK OF THE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, a California Corporation<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M/V <u>PERFECT GAME</u> Official Number 1116851 and Her Engines, Tackle, Furniture and Apparel, <u>in rem</u>, and PETER W. RICE<br><br>　　　　Defendant | Case No.: 07-CV-2687 MCE<br><br>IN ADMIRALTY<br><br>NOTICE OF UNITED STATES MARSHAL'S SALE<br><br>United States Magistrate Judge Dale A. Drozd<br>Courtroom No. 27 |

　　　By virtue of an order for sale issued out of the above-entitled Court dated February 20, 2009, and a writ of Venditioi Exponas issued pursuant thereto, directed to and commanding me to make sale of the vessel M/V Perfect Game, Official Number 1116851, her engines, tackle, furniture and apparel, and all other necessaries thereto appertaining and belonging, notice is hereby given that on March 16, 2009, at 1:00 p.m., at 1851 Clement avenue, Alameda, California 92663, c/o National Liquidators, Inc., the vessel, M/V Perfect Game, Official Number 1116851, will be sold at public auction as is at 1851 Clement Avenue, Alameda, California 94504 to the highest and best bidder. The vessel may be inspected by contacting the United States Marshal. The telephone number is 916.930.2067.

ORDER FOR INTERLOCUTORY SALE OF VESSEL AND AUTHORIZING CREDIT BID - 4

Terms:

1. That no minimum bid be set for the auction and that bidding be made in increments of at least $100.00 each.

2. That the successful cash bidder shall pay to the United States a deposit of either $1,000.00 or 10% of the amount of the successful bid, whichever is greater, immediately at the time of completion of the auction sale and the balance of the purchase price shall be paid to the United States Marshal within (3) court days in cash or certified or cashier's check.

3. Unless a written objection to the sale is made and field with the Court within three court days of the sale, the sale shall be confirmed without motion and the United States Marshal shall transfer title to the M/V Perfect Game Official Number 1116851 upon presentation of the Court's order confirming such sale.

4. That the proceeds of the sale be paid forthwith into the registry of this court to abide the determination of the action herein.

Take further notice that Plaintiff Bank of the West is authorized to bid any part of the debt due it up to the amount of $175,991.53 without making a deposit to secure its bid.

Dated at Sacramento, California this _____ day of _____, 2009.

UNITED STATES MARSHAL

By:_____
      DEPUTY UNITED STATES MARSHAL

(JTR:amc)
NOT.SAL