HOOD & REED
18141 Beach Boulevard, Suite 390
Huntington Beach, California 92648
Attn: James T. Reed, Jr., Bar No. 116933

(714) 842-6837
Attorneys for Plaintiff
BANK OF THE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, a California Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M/V <u>PERFECT GAME</u> Official Number 1116851 and Her Engines, Tackle, Furniture and Apparel, <u>in rem</u>, and PETER W. RICE<br><br>　　　　Defendant | Case No.: 07-CV-2687<br>Assigned to<br>United States Magistrate<br>Judge Dale A. Drozd<br>Courtroom No. 27<br><br>ORDER CONFIRMING INTERLOCUTORY SALE WITHOUT MOTION<br><br>LOCAL RULE A-570(g)<br><br>Hon. Dale A. Drozd<br>United States Magistrate Judge<br>Courtroom No. 27 |

Pursuant to order authorizing interlocutory sale of the <u>M/V Perfect Game</u> Official Number 1116851, entered on February 20, 2009, the sale having been conducted by the United States Marshal on March 16, 2009 at 1:00 p.m. by credit bid of plaintiff Bank of the West foreclosing its preferred ship mortgage and no objections having been filed with the Court within three days following the sale,

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the sale of the <u>M/V Perfect Game</u> on March 16, 2009 at 1:00 pm. to Bank of the West by way of its credit bid in the amount of $80,000.00 pursuant to its preferred ship mortgage and the same having been

/////

ORDER CONFIRMING INTERLOCUTORY SALE WITHOUT MOTION - 1

foreclosed, foreclosing out all other liens, claims and interests subordinate thereto in and to the M/V Perfect Game Official Number 1116851, be and the same is confirmed.

Dated: March 25, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/PerfectGame2687.ord.sale

This order was
prepared and submitted by:

Hood & Reed

By:s/s_____
    James T. Reed, Jr.
    Attorneys for Plaintiff
    Bank of the West

## PROOF OF SERVICE

I am over the age of eighteen years, not a party to this action, and my business address is 18141 Beach Boulevard Blvd., Suite 390, Huntington Beach, California 92648. I am readily familiar with our firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service (USPS) or delivery by overnight messenger.

On March 17, 2009, at the above address, I served a copy of the following document: Order Confirming Interlocutory Sale Without Motion, enclosing them in envelopes with postage fully prepaid, and placing the envelope for collection and mailing on the above date at the above address, following our ordinary business practices, which provides for delivery to the USPS carrier or deposit with the USPS; or, if served by overnight messenger, the envelopes had delivery fees provided for overnight delivery, and were deposited in a box regularly maintained by United Parcel Service. The envelopes were sent to the following persons:

SEE THE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 17, 2009, at Huntington Beach, California.

                                        s/s_____
                                          Angela M. Corbett

Bank of the West v. M/V Perfect Game and Peter W. Rice

United States District Court Case No. 07-CV-02687-MCE-DAD

<u>Service List</u>

| | |
|---|---|
| Peter W. Rice<br>11230 Gold Express Drive<br>Gold River, CA 95670-4484 | Defendant |

(served by mail)

| | |
|---|---|
| M/V Perfect Game<br>Official Number 1116854<br>106 Brannan Island Road<br>Isleton, CA 95641 | Defendant |

(served by mail)

| | |
|---|---|
| M/V Perfect Game<br>Official Number 1116854<br>c/o Robert McKee, Jr.<br>National Liquidators<br>2725 W. Coast Highway<br>Newport Beach, CA 92663 | Defendant |

(served by mail)