HOOD & REED
18141 Beach Boulevard, Suite 390
Huntington Beach, California 92648
Attn: James T. Reed, Jr. , Bar No. 116933

(714) 842-6837
Attorneys for Plaintiff
BANK OF THE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, a California Corporation<br><br>        Plaintiff,<br>   v.<br><br>M/V <u>PERFECT GAME</u> Official Number 1116851 and Her Engines, Tackle, Furniture and Apparel, <u>in rem</u>, and PETER W. RICE<br><br>        Defendant | Case No.: 07-CV-02687<br><br>[PROPOSED] JUDGMENT OF FORECLOSURE OF PREFERRED SHIP MORTGAGE<br><br>Hon. Morrison C. England<br>United States District Judge<br>Courtroom No. 3 |

    Plaintiff Bank of the West having filed its action to foreclose its Preferred Ship Mortgage encumbering the M/V <u>Perfect Game</u> Official Number 1116851, the Vessel having been seized and served with the Summons and Complaint and the Clerk having entered its default on June 16, 2008, the United States Marshal having sold the vessel on March 16, 2008, pursuant to this Court's order for Interlocutory Sale and Writ of Venditioni Exponas, the Marshal thereafter having filed its return of the Writ of Venditioni Exponas noting the sale of the Vessel with the Court on March 20, 2008 and no objections having been made thereto.

[PROPOSED] JUDGMENT OF FORECLOSURE OF PREFERRED SHIP MORTGAGE - 1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the first Preferred Ship Mortgage in favour of Bank of the West, against the defendant <u>M/V Perfect Game</u> Official Number 1116851, Exhibit 3 to the complaint is foreclosed thereby foreclosing out all other liens, claims and interest subordinate, thereto.

Dated: April 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

This order was
prepared and submitted by:

Hood & Reed

By:/s/_____
    James T. Reed, Jr.
    Attorneys for Plaintiff
    Bank of the West

PDF created with pdfFactory trial version www.pdffactory.com